## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

### PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**WYTIKI RAYSHUN MOFFETT**
Name under which you were convicted

**A.I.S.#180155**   M-19
Your prison number

vs.

CIVIL ACTION NO. 19-CV-0001-CG-B
(To be supplied by Clerk of Court)

**WARDEN CYNTHIA STEWART**,et,al.
Name of Defendant(s)

**HOLMAN UNIT 3700; ATMORE, ALABAMA 36503**
Place of Confinement and Address

FILED JUN 2 1979 82 U58D5.3

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.


I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )    No (X )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )    No (X )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

    Plaintiffs: _____ N/A _____

    _____

    Defendants: _____ N/A _____

    _____

    2. Court (if federal court, name the district; if state court, name the county): _____
    _____ N/A _____

    3. Docket Number: ____ N/A _____

    4. Were you granted the opportunity to proceed without payment of filing fees?
    Yes ( )    No (x )

    5. Name of judge to whom the case was assigned: _____ N/A _____

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

    _____ N/A _____

    _____

    _____

    7. Approximate date of filing lawsuit: _____ N/A _____

    8. Approximate date of ruling by court: _____ N/A _____

II. <u>YOUR PRESENT COMPLAINT</u>.

A. Place or institution where action complained of occurred: <u>HOLMAN CORR. FAC.</u>

B. Date it occurred: <u>January 2017</u>

C. Is there a prisoner grievance procedure in this institution? <u>NO</u>

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✗)

E. If your answer is YES:

   1. What steps did you take? <u>However, I notified all parties/inmate request slips</u>
   2. What was the result? <u>There is no grievance procedure</u>

F. If your answer is NO, explain why not: <u>There are no grievance procedure</u>

G. Your claim (<u>briefly</u> explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

The prison is woefully over crowded and fearfully under staffed. I was given an assigned dorm & bed number. No official went with mo or inspected the area. There were about 118 people in the dorm, some sleeping on the floor in the T.V. room. An inmate was on my assigned bed & when confronted he & another inmate stabbed me 8 times. I was taken to Atmore hospital and from there to University of South Alabama(USA). There was no guards on post in the dorm when the stabbing occurred. The named defend- ants knew or should have known this would, or the likelihood of violence happened because inmates move where every & when they desire. I held in segregation more than a year for getting stabbed. I informed each defendant about this action. See attach- ed "Inmate Request Slip."

III. PARTIES.

A. Plaintiff (Your name/AIS): WYTIKI MOFFETT #180155

    Your present address: Holman Corr. Fac., Holman Unit, Atmore, Al.
                36503

B. Defendant(s):

1. Defendant (full name) Cynthia Stewart is employed as WardenIII at Holman Corr. Fac.

    His/her present address is Holman Unit 3700; Atmore, Al. 36503

    (a) Claim against this defendant: violation to the 8th & 14th Amendments
Fifth Amendment U.S. Constitution

    (b) Supporting facts (Include date/location of incident):

      operates an over crowded prison which caused me to get
stabbed 8 times; holding me in segregation for being stabbed.

2. Defendant (full name) Phillip Mitchell is employed as Warden II

at Holman Corr. Fac.

    His/her present address is Holman Unit 3700; Atmore, Al 36503

    (a) Claim against this defendant: violation of 8th & 14th Amendments; Fifth
pendent-claim jurisdiction, Art. 1Sec. 7&16 Code of Alabama

    (b) Supporting facts (Include date/location of incident):

      Failed to provide reasonable security, leading to me
being stabbed 8 times by two inmates; holding me in seg. cell(for
over a year) without lights and infested with insects; leading
to psychological & physical suffering.

3. Defendant (full name) Smith is employed as Captain

at Holman Corr. Fac.

    His/her present address is Holman Unit 3700; Atmore, Al. 36503

(a) Claim against this defendant: **Didn't provide reasonable security for safety;keeping me in unconstitutional seg. conditions, which** causes psychological & physical suffering.

(b) Supporting facts (Include date/location of incident):

There were no official on post when I was stabbed. There

are too many inmates in the dorms & the seg. unit is draconic.

Defendant is aware of this because he is aware of the dangers presented by crowding.

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Att., Murder

Burglary I                                .

2. When were you convicted? April 2, 2009

3. What is the term of your sentence? LWOP

4. When did you start serving this sentence? April 4, 2009

5. Do you have any other convictions which form the basis of a future sentence?
Yes ( )        No (X)

If so, complete the following:

(a) Date of conviction:   N/A

(b) Term of sentence:   N/A

6. What is your expected end of sentence (E.O.S.) date? 2999

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

Writ of habeas  yes( ) no(X)          yes( ) no(X)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____ N/A _____

N/A

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

_____ N/A _____

_____

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

11-20-2018
Date

_Wykeia Moffett_
(Signature of Plaintiff Under Penalty of Perjury)

AIS# 180155  M-19

AIS 180155  M-19
Current Mailing Address

Holman Unit 3700

Atmore, Alabama 36503
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

<u>ADDITIONAL DEFENDANT</u>

4. Defendant Jefferson Dunn is employed as prison commission at the Department Of Corrections. His present address is 301 So. Ripley Street; P.O. Box 301501-Montgomery, Alabama 36130-1501.

(a). Claim against this defendant: He has fail to implement a reasonable plan to reduce prison inmate over crowding; failed hire more officers, and failure to implement reasonable plan for out-of-cell time, and programs for inmates in segregation.

(b). Prison over-crowding and under staffing is direct cause of Plaintiff being stabbed eight times. The continuation of crowding and under staffing constitutes cruel and unusual punishment.

State OF ALABAMA

## AFFIDAVIT

Before me, the Undersigned Notary Public, personally appeared Wytiki R. Moffett, after first being duly sworn, deposes and says as follows:

My name is Wytiki R. Moffett, over the age of 18 and Competent to testify to the following:

This prison is woefully over crowded and fearfully Understaffed. Which caused me to be stabbed 8 times by two Inmates, An placed IN A DRACONIC Seg UNIT For over A year For being stabbed 8 times by two inmates. A Violation of 5th, 8th an 14th Amendments of the U.S. Constitution, I also had to be TRANSPORTED to the free World; Atmore Hospital and USA Hospital for Medical Treatment; Serious Body Harm was Caused; Supporting Facts: Failed to provide reasonable security, leading to me being stabbed 8 times by two inmates; holding me in seg. Cell (for over a year) without lights and infested with insects initially; leading to psychological an physical suffering.

FURTHER AFFIANT SAYTH NOT.

_Wytiki R Moffett_
Wytiki R Moffett

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS 20
DAY OF _November_ 2018

_Cleven Wilborn_
NOTARY PUBLIC

My Commission Expires July 17, 2020

MY COMMISSION EXPIRES



Wytiki Moffett
180155, K-8
Holman Prison
1240 Ross Rd.
Atmore, Ala. 36503

Office of the Clerk
United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, Alabama 36602