IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WYTIKI RAYSHUN MOFFE   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CIVIL ACTION 19-00001-CG-B |
| ) | |
| CYNTHIA STEWART, et al.,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 31, 2020 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 28th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE